1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7

8  Attorneys for Defendants

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12 GAMDUR SINGH,                          )
   SHARON MILLAN TOMAS,                   ) No. C 09-3987 CRB
13                                        )
              Plaintiffs,                 )
14                                        ) **STIPULATION TO EXTEND DATES;**
        v.                                ) **AND [PROPOSED] ORDER**
15                                        )
   FRANK D. SICILIANO, Officer-In-Charge, )
16 USCIS San Jose Sub-Office; ROSEMARY    )
   MELVILLE, District Director, USCIS San )
17 Francisco District Office; ALEJANDRO   )
   MAYORKAS, Director, U.S. Citizenship and )
18 Immigration Services; JANET NAPOLITANO,)
   Secretary, U.S. Department of Homeland )
19 Security; ROBERT S. MUELLER, III, Director, )
   Federal Bureau of Investigation; ERIC H. )
20 HOLDER, JR., U.S. Attorney General,    )
                                          )
21            Defendants.                 )
                                          )
22 _____)

23     The Plaintiffs, by and through their attorney of record, and Defendants by and through their

24 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

25     1. Plaintiffs filed this action on or about August 27, 2009. Defendants' response is due on

26 November 13, 2009.

27     2. The United States Citizenship and Immigration Services (USCIS) issued a Notice of Intent

28 to Deny ("NOID") to Plaintiffs.

Stipulation to Extend
C09-3987 CRB                                        1

1    3. In order to allow sufficient time for Plaintiffs to respond to the NOID, the parties hereby
2 respectfully ask this Court to a 30-day extension of time within which the Defendants must serve
3 its answer in the above-entitled action.  Defendants will file their answer on or before December
4 14, 2009.

5 Date: October 23, 2009                                    Respectfully submitted,

6                                                                              JOSEPH P. RUSSONIELLO
                                                                                  United States Attorney

8                                                                              _____/s/_____
                                                                                  ILA C. DEISS[1]
9                                                                              Assistant United States Attorney
                                                                                  Attorneys for Defendants

12 Date: October 21, 2009                                   _____/s/_____
                                                                                  ROBERT B. JOBE
                                                                                  Attorney for Plaintiffs

14                                              **ORDER**

15       Pursuant to stipulation, IT IS SO ORDERED.

16
  Date:  October 29, 2009                                  _____
17                                                                              CHARLES R. BREYER
                                                                                  United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Extend
C09-3987 CRB                                                      2