1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169

7

8  Attorneys for Defendants

9               UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12 GAMDUR SINGH,                        )
   SHARON MILLAN TOMAS,                 )   No. C 09-3987 CRB
13                                      )
            Plaintiffs,                 )
14                                      )   **STIPULATION TO DISMISS; AND**
        v.                              )   ~~**[PROPOSED]**~~ **ORDER**
15                                      )
   FRANK D. SICILIANO, Officer-In-Charge, )
16 USCIS San Jose Sub-Office; ROSEMARY  )
   MELVILLE, District Director, USCIS San )
17 Francisco District Office; ALEJANDRO )
   MAYORKAS, Director, U.S. Citizenship and )
18 Immigration Services; JANET NAPOLITANO, )
   Secretary, U.S. Department of Homeland )
19 Security; ROBERT S. MUELLER, III, Director, )
   Federal Bureau of Investigation; ERIC H. )
20 HOLDER, JR., U.S. Attorney General,  )
                                        )
21          Defendants.                 )
   _____ )
22

23        Plaintiffs, by and through their attorney of record, and Defendants by and through their

24 attorney of record, hereby stipulate to dismissal of the above captioned action, pursuant to Fed. R.

25 Civ. P. 41(a).

26 ///

27 ///

28 ///

Stipulation to Dismiss
C09-3987 CRB                          1

1        Each of the parties shall bear their own costs and fees.

2   Date: December 9, 2009                    Respectfully submitted,

3                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
4

5                                             _____/s/_____
                                              ILA C. DEISS[1]
6                                             Assistant United States Attorney
                                              Attorneys for Defendants
7

8                                             _____/s/_____
9   Date: December 10, 2009                   ROBERT B. JOBE
                                              Attorney for Plaintiffs
10

11                               **ORDER**

12       Pursuant to stipulation, IT IS SO ORDERED.

13
    Date:  Dec. 14, 2009                      _____
14                                            CHARLES R. BREYER
                                              United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26
    _____
27      [1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
28  indicated by a "conformed" signature (/S/) within this e-filed document.

    Stipulation to Dismiss
    C09-3987 CRB                              2